FILED
2017 Jun-15  AM 11:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

EXHIBIT A

DOCUMENT 1

ELECTRONICALLY FILED
5/15/2017 3:04 PM
47-CV-2017-900816.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca<br>47 |
|---|---|---|

Date of Filing:           Judge Code:
05/15/2017

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
### RHONDA M. SELTZER v. MAPCO EXPRESS, INC. ET AL

**First Plaintiff:** ☐ Business  ☑ Individual          **First Defendant:** ☑ Business  ☐ Individual
☐ Government  ☐ Other                                    ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:_____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING          A ☐ APPEAL FROM<br>DISTRICT COURT          O ☐ OTHER

R ☐ REMANDED          T ☐ TRANSFERRED FROM<br>OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☑ YES  ☐ NO          Note: Checking "Yes" does not constitute a demand for a<br>jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

BRO249          5/15/2017 3:04:07 PM          /s/ WILLIAM HEATH BROOKS
                Date                            Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**          ☐ YES ☐ NO ☑ UNDECIDED

DOCUMENT 2


ELECTRONICALLY FILED
5/15/2017 3:04 PM
47-CV-2017-900816.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

| | | |
|---|---|---|
| RHONDA M. SELTZER, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | CV2017- _____ |
| | ) | |
| MAPCO EXPRESS, INC.; MAPCO | ) | |
| EXPRESS, INC. d/b/a MAPCO | ) | |
| EXPRESS, INC. #5210; | ) | |

There may be other entities whose true names and identities are unknown to the plaintiff at this time who may be legally responsible for the claim(s) set forth herein who may be added by amendment by the plaintiff when their true names and identities are accurately ascertained by further discovery. Until that time, the plaintiff will designate these parties in accordance with ARCP 9(h). The word entity as used herein is intended to refer to and include any and all legal entities including individual persons, any and all forms of partnership, any and all types of corporations and unincorporated associations.

Fictitious defendant A, being the correct name of the entity identified as MAPCO EXPRESS, INC.;

Fictitious defendant B, being the correct name of the entity identified as MAPCO EXPRESS, INC. d/b/a MAPCO EXPRESS, INC. #5210;

Fictitious defendant C, D and E being the correct legal name of the individual, corporation, or other entity that owned and/or operated, a business located at 6016 Highway 72 East, Madison County, Gurley, Alabama 35748;

Fictitious defendants F, G and H being that individual, corporation, or other entity responsible for inspection, maintenance, and/or repair of the premises its common areas and/or those areas of public access located at 6016 Highway 72 East, Madison County, Gurley, Alabama 35748 on the occasion described herein;

Fictitious defendants I, J and K being that individual, corporation, or other entity responsible for management of the property, including the common areas and/or those areas of public access located at 6016 Highway 72 East, Madison County, Gurley, Alabama 35748 on the occasion described herein;

DOCUMENT 2

Fictitious defendants L, M and N being the individual, corporation or other   entity that created the dangerous condition present where plaintiff was caused to be injured on the occasion described herein;

Fictitious defendants O, P and Q being the individual, corporation or other entity responsible for the incident made the basis of this suit on the occasion described herein; and

Fictitious Defendants R, S and T being that or those individuals, corporation(s), or other entity that employed, retained, or were legally responsible for the conduct of defendants L through Q on the occasion described herein; and

                                                           )
*Defendants.*                                    )

## COMPLAINT

1.      Plaintiff Rhonda M. Seltzer is an adult resident of Madison County, Alabama.

2.      Based upon information and belief, defendant Mapco Express, Inc. is a Tennessee corporation that owns, operates and/or manages a convenience store located at 6016 Highway 72 East, in Madison County, Gurley, Alabama 35758.

3.      Based upon information and belief, defendant Mapco Express, Inc. and/or Mapco Express Inc. d/b/a Mapco Express, Inc. #5210, is a Tennessee corporation that owns, operates and/or manages a convenience store located at 6016 Highway 72 East, in Madison County, Gurley, Alabama 35758.

4.      The true names and identities of the other named defendants are unknown to plaintiff at this time and will be added by amendment in accordance with Rule 9(h) of the *Alabama Rules of Civil Procedure* when the true names and identities are ascertained.

5.      The incident complained of herein occurred in Madison County, Alabama and the amount in controversy exceeds $10,000.00.

6.      On or about June 1, 2015, plaintiff Rhonda M. Seltzer was an invitee of defendant Mapco Express Inc. ("Mapco Express") and/or defendant Mapco Express, Inc. #5210 ("Mapco #5210") when she was caused to fall down an exit stair extending from within the store's means of egress.  Said exit stair had not been demarcated to warn descending users of changes in elevation upon exiting.

DOCUMENT 2

7.     Prior to the time Rhonda M. Seltzer fell, defendant Mapco Express Inc. ("Mapco Express") and/or defendant Mapco Express, Inc. #5210 ("Mapco #5210") had a duty to exercise reasonable care and diligence to maintain its premises, its common areas and/or those areas of public access and egress in a reasonably safe condition and to warn of known dangers or dangers that should have been known.

## COUNT ONE – NEGLIGENCE
## MAPCO EXPRESS, INC.

8.     Plaintiff adopts and re-alleges the allegations set forth in items one through seven, above, as if set forth in full herein.

9.     On or about June 1, 2015, Mapco Express, as a convenience store open to the public, owed Rhonda M. Seltzer a duty to exercise reasonable care and diligence to maintain its premises, its common areas and/or those areas of public access and egress in a reasonably safe condition and to warn of known dangers or dangers that should have been known.

10.     On or about June 1, 2015, Mapco Express breached its duty and/or acted negligently by failing to properly maintain the premise, its common areas and/or those areas of public access and egress and by failing to warn of known dangers or dangers that should have been known.  Specifically, Mapco Express breached its duty by failing to demarcate an exit stair within its means of egress to warn descending users of changes in elevation upon exiting.

11.     As a direct and proximate result of Mapco Express' negligence, Rhonda M. Seltzer was caused to fall and suffer serious physical injury.

12.     Rhonda M. Seltzer is entitled to compensation from Mapco Express for:
    a)     Medical expenses;
    b)     Pain and suffering on account of personal injury;
    c)     Mental anguish on account of personal injury; and
    d)     Permanent injuries.

WHEREFORE, plaintiff, Rhonda M. Seltzer, demands judgment against defendants in an amount that is deemed appropriate, plus the costs of this action.

DOCUMENT 2

## COUNT TWO - WANTON CONDUCT
## MAPCO EXPRESS, INC.

13.     Plaintiff adopts and re-alleges the allegations set forth in items one through twelve, above, as if set forth in full herein.

14.     On or about June 1, 2015, Mapco Express, as a convenience store open to the public, owed Rhonda M. Seltzer a duty to exercise reasonable care and diligence to maintain its premises, its common areas and/or those areas of public access and egress in a reasonably safe condition and to warn of known dangers or dangers that should have been known.

15.     On or about June 1, 2015, Mapco Express breached its duty and/or acted wantonly and/or recklessly by failing to properly maintain the premise, its common areas and/or those areas of public access and egress and by failing to warn of known dangers or dangers that should have been known.  Specifically, Mapco Express breached its duty by failing to demarcate an exit stair within its means of egress to warn descending users of changes in elevation upon exiting.

16.     As a direct and proximate result of Mapco Express' wantonness and/or recklessness, Rhonda M. Seltzer was caused to suffer serious physical injury.

17.     Rhonda M. Seltzer is entitled to compensation from Mapco Express for:
   a)     Medical expenses;
   b)     Pain and suffering on account of personal injury;
   c)     Mental anguish on account of personal injury; and
   d)     Permanent injuries.

18.     Rhonda M. Seltzer is entitled to punitive damages.

WHEREFORE, plaintiff, Rhonda M. Seltzer, demands judgment against defendants in an amount that is deemed appropriate, plus the costs of this action.

## COUNT THREE
## NEGLIGENCE PER SE

19.     Plaintiff adopts and re-alleges the allegations set forth in items one through eighteen, above, as if set out in full herein.

4

20.     Plaintiff alleges the following acts of Defendant Mapco Express and/or fictitious defendants A through T were a proximate cause of her injuries, such conduct including, but not limited to the following:

(a)     Failed to maintain its premise, its common areas and/or those areas of public access in compliance with *Life Safety Code* § 7.1.6.2 (2012);

(b)     Failed to maintain its premise, its common areas and/or those areas of public access in compliance with *Life Safety Code* § 7.1.7.2 (2012);

(c)     Failed to maintain its premise, its common areas and/or those areas of public access in compliance with *Life Safety Code* § 7.2.2.5.4.3 (2012);

(d)     Failed to maintain its premise, its common areas and/or those areas of public access in compliance with *Life Safety Code* § 7.2.2.5.5.1 (2012);

(e)     Failed to maintain its premise, its common areas and/or those areas of public access in compliance with *International Building Code* § 1024-.113 (2009);

(f)     Failed to maintain its premise, its common areas and/or those areas of public access, in accordance with Federal, State, County and/or City ordinances, rules, regulations, policies, standards and procedure;

(g)     Failed to maintain its premise, its common areas and/or those areas of public access, in accordance with Federal, State, County and/or City building codes and/or standards not otherwise specified herein;

(h)     Breached its duty by failing to exercise reasonable care; and

(i)     Breached its duty failing to maintain its premise, its common areas and/or those areas of public access in a reasonably safe condition.

21.     All acts described in paragraph 20(a) through (i), above, were in violation of Madison County, Alabama building ordinances; Alabama Code and Federal law, and thereby constitute negligence *per se*.

22.     The above-described provisions of the Madison County, Alabama building ordinances, Alabama Code and Federal law were promulgated and enacted to protect the class of persons of which the Plaintiff was and against the type of harm caused in the incident resulting in her injuries.

23.     As a direct and proximate result of the violations of the above-described provisions of Madison County, Alabama building ordinances, Alabama Code and Federal

DOCUMENT 2

law by the defendant Mapco Express, and/or fictitious defendants A through T, Plaintiff was caused to suffer injuries and damages as set forth in Counts One and Two, above.

24.     The combined and concurring negligence of defendant Mapco Express, and/or fictitious defendants A through T proximately contributed to the Plaintiff's injuries and damages. As a direct and proximate result and consequence of defendants' combined and concurring negligence, Plaintiff Rhonda M. Seltzer was caused to fall down an exit stair extending from within the store's mean of egress

WHEREFORE, the foregoing grounds considered, Plaintiff Rhonda M. Seltzer demands judgment against defendants, both named and fictitious, for compensatory and punitive damages, in an amount deemed appropriate under the circumstances, plus the costs of this action.

## COUNT FOUR – NEGLIGENCE
## MAPCO EXPRESS, INC. d/b/a MAPCO EXPRESS, INC. d/b/a MAPCO EXPRESS, INC. #5210

25.     Plaintiff adopts and re-alleges the allegations set forth in items one through twenty-four, above, as if set forth in full herein.

26.     On or about June 1, 2015, Mapco #5210, as a convenience store open to the public, owed Rhonda M. Seltzer a duty to exercise reasonable care and diligence to maintain its premises, its common areas and/or those areas of public access and egress in a reasonably safe condition and to warn of known dangers or dangers that should have been known.

27.     On or about June 1, 2015, Mapco #5210 breached its duty and/or acted negligently by failing to properly maintain the premise, its common areas and/or those areas of public access and egress and by failing to warn of known dangers or dangers that should have been known.   Specifically, Mapco #5210 breached its duty by failing to demarcate an exit stair within its means of egress to warn descending users of changes in elevation upon exiting.

28.     As a direct and proximate result of Mapco Express #5210's negligence, Rhonda M. Seltzer was caused to fall and suffer serious physical injury.

29.     Rhonda M. Seltzer is entitled to compensation from Mapco #5210 for:

     a)     Medical expenses;

     b)     Pain and suffering on account of personal injury;

6

DOCUMENT 2

c)      Mental anguish on account of personal injury; and

d)      Permanent injuries.

WHEREFORE, plaintiff, Rhonda M. Seltzer, demands judgment against defendants in an amount that is deemed appropriate, plus the costs of this action.

## COUNT FIVE - WANTON CONDUCT
## MAPCO EXPRESS, INC. d/b/a MAPCO EXPRESS, INC. d/b/a MAPCO EXPRESS, INC. #5210

30.    Plaintiff adopts and re-alleges the allegations set forth in items one through twenty-nine, above, as if set forth in full herein.

31.    On or about June 1, 2015, Mapco #5210, as a convenience store open to the public, owed Rhonda M. Seltzer a duty to exercise reasonable care and diligence to maintain its premises, its common areas and/or those areas of public access and egress in a reasonably safe condition and to warn of known dangers or dangers that should have been known.

32.    On or about June 1, 2015, Mapco #5210 breached its duty and/or acted wantonly and/or recklessly by failing to properly maintain the premise, its common areas and/or those areas of public access and egress and by failing to warn of known dangers or dangers that should have been known.  Specifically, Mapco #5210 breached its duty by failing to demarcate an exit stair within its means of egress to warn descending users of changes in elevation upon exiting.

33.    As a direct and proximate result of Mapco #5210's wantonness and/or recklessness, Rhonda M. Seltzer was caused to suffer serious physical injury.

34.    Rhonda M. Seltzer is entitled to compensation from Mapco #5210 for:

a)      Medical expenses;

b)      Pain and suffering on account of personal injury;

c)      Mental anguish on account of personal injury; and

d)      Permanent injuries.

35.    Rhonda M. Seltzer is entitled to punitive damages.

WHEREFORE, plaintiff, Rhonda M. Seltzer, demands judgment against defendants in an amount that is deemed appropriate, plus the costs of this action.

7

## COUNT SIX
## NEGLIGENCE PER SE

36.    Plaintiff adopts and re-alleges the allegations set forth in items one through thirty-five, above, as if set out in full herein.

37.    Plaintiff alleges the following acts of Defendant Mapco #5210 and/or fictitious defendants A through T were a proximate cause of her injuries, such conduct including, but not limited to the following:

> (a)    Failed to maintain its premise, its common areas and/or those areas of public access in compliance with *Life Safety Code* § 7.1.6.2 (2012);

> (b)    Failed to maintain its premise, its common areas and/or those areas of public access in compliance with *Life Safety Code* § 7.1.7.2 (2012);

> (c)    Failed to maintain its premise, its common areas and/or those areas of public access in compliance with *Life Safety Code* § 7.2.2.5.4.3 (2012);

> (d)    Failed to maintain its premise, its common areas and/or those areas of public access in compliance with *Life Safety Code* § 7.2.2.5.5.1 (2012);

> (e)    Failed to maintain its premise, its common areas and/or those areas of public access in compliance with *International Building Code* § 1024-.113 (2009);

> (f)    Failed to maintain its premise, its common areas and/or those areas of public access, in accordance with Federal, State, County and/or City ordinances, rules, regulations, policies, standards and procedure;

> (g)    Failed to maintain its premise, its common areas and/or those areas of public access, in accordance with Federal, State, County and/or City building codes and/or standards not otherwise specified herein;

> (h)    Breached its duty by failing to exercise reasonable care; and

> (i)    Breached its duty failing to maintain its premise, its common areas and/or those areas of public access in a reasonably safe condition.

38.    All acts described in paragraph 37(a) through (i), above, were in violation of Madison County, Alabama building ordinances; Alabama Code and Federal law, and thereby constitute negligence *per se*.

39.    The above-described provisions of the Madison County, Alabama building ordinances, Alabama Code and Federal law were promulgated and enacted to protect the

DOCUMENT 2

class of persons of which the Plaintiff was and against the type of harm caused in the incident resulting in her injuries.

40.    As a direct and proximate result of the violations of the above-described provisions of Madison County, Alabama building ordinances, Alabama Code and Federal law by the defendant Mapco #5210, and/or fictitious defendants A through T, Plaintiff was caused to suffer injuries and damages as set forth in Counts Three and Four, above.

41.    The combined and concurring negligence of defendant Mapco Express, and/or fictitious defendants A through T proximately contributed to the Plaintiff's injuries and damages. As a direct and proximate result and consequence of defendants' combined and concurring negligence, Plaintiff Rhonda M. Seltzer was caused to fall down an exit stair extending from within the store's mean of egress

WHEREFORE, the foregoing grounds considered, Plaintiff Rhonda M. Seltzer demands judgment against defendants, both named and fictitious, for compensatory and punitive damages, in an amount deemed appropriate under the circumstances, plus the costs of this action.

## COUNT SEVEN
## FICTITIOUS DEFENDANTS

42.    Plaintiff adopts and re-alleges paragraphs one through forty-one as if set forth in full herein.

43.    Plaintiff alleges and avers that the negligent or wanton acts and/or omissions of fictitious defendants A through T proximately caused and/or combined and concurred with the negligence and/or wantonness of Mapco Express and/or Mapco #5210 to proximately cause Plaintiff's injuries and damages set forth in Counts One through Six, above.

44.    Plaintiff alleges and avers that the negligent or wanton acts and/or omissions of fictitious defendants A through T proximately caused and/or combined and concurred with the negligence and/or wantonness of Mapco Express and/or Mapco #5210 to proximately cause plaintiff's injuries and damages set forth in Counts One through Six, above.

45.    The true names and identities of fictitious defendants A through T are unknown to plaintiff at this time and will be added by amendment in accordance with Rule 9 (h) of the *Alabama Rules of Civil Procedure* when the true names and identities are ascertained.

DOCUMENT 2

WHEREFORE, plaintiff, Rhonda M. Seltzer, demands judgment against defendants both named and fictitious, for compensatory and punitive damages, in an amount deemed appropriate under the circumstances, plus the costs of this action.

## PLAINTIFF DEMANDS TRIAL STRUCK BY JURY

/s/ Heath Brooks_____
Heath Brooks (BRO249)
Michael K. Timberlake (TIM003)

Attorneys for the Plaintiff
***Siniard, Timberlake & League, P.C.***
125 Holmes Avenue
P.O. Box 2767
Huntsville, Alabama 35804
Telephone:  256-536-0770
Facsimile:   256-539-0540
heath.brooks@law-injury.com

### SERVE DEFENDANT VIA CERTIFIED MAIL AS FOLLOWS:

Mapco Express, Inc.
c/o Richard Gill
444 S. Perry Street
Montgomery, Alabama 36104

Mapco Express, Inc. #5210
6016 Highway 72 East
Gurley, Alabama 35758

10



AlaFile E-Notice

47-CV-2017-900816.00

To:  WILLIAM HEATH BROOKS
     Heath.Brooks@Law-Injury.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

RHONDA M. SELTZER V. MAPCO EXPRESS, INC. ET AL
47-CV-2017-900816.00

The following complaint was FILED on 5/15/2017 3:02:38 PM

Notice Date:     5/15/2017 3:02:38 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2017-900816.00

To: MAPCO EXPRESS, INC.
C/O RICHARD GILL
444 S. PERRY STREET
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

RHONDA M. SELTZER V. MAPCO EXPRESS, INC. ET AL
47-CV-2017-900816.00

The following complaint was FILED on 5/15/2017 3:02:38 PM

Notice Date:        5/15/2017 3:02:38 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2017-900816.00

To:  MAPCO EXPRESS, INC. #5210
     6016 HIGHWAY 72 EAST
     GURLEY, AL, 35758

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

RHONDA M. SELTZER V. MAPCO EXPRESS, INC. ET AL
47-CV-2017-900816.00

The following complaint was FILED on 5/15/2017 3:02:38 PM

Notice Date:      5/15/2017 3:02:38 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>47-CV-2017-900816.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
### RHONDA M. SELTZER V. MAPCO EXPRESS, INC. ET AL

**NOTICE TO:** MAPCO EXPRESS, INC., C/O RICHARD GILL 444 S. PERRY STREET, MONTGOMERY, AL 36104

<em>(Name and Address of Defendant)</em>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
WILLIAM HEATH BROOKS

<em>[Name(s) of Attorney(s)]</em>

WHOSE ADDRESS(ES) IS/ARE: 125 Holmes avenue, HUNTSVILLE, AL 35801

<em>[Address(es) of Plaintiff(s) or Attorney(s)]</em>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of RHONDA M. SELTZER
<em>[Name(s)]</em>
pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 3:02:38 PM | /s/ DEBRA KIZER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.       /s/ WILLIAM HEATH BROOKS
<em>(Plaintiff's/Attorney's Signature)</em>

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
<em>(Date)</em>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
<em>(Name of Person Served)</em>            <em>(Name of County)</em>

Alabama on _____.
<em>(Date)</em>

_____                _____
<em>(Type of Process Server)</em>                           <em>(Address of Server)</em>

_____                _____
<em>(Server's Signature)</em>

_____                _____
<em>(Server's Printed Name)</em>                          <em>(Phone Number of Server)</em>

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>47-CV-2017-900816.00 |
| --- | --- | --- |

**IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA**
**RHONDA M. SELTZER V. MAPCO EXPRESS, INC. ET AL**

NOTICE TO: MAPCO EXPRESS, INC. #5210, 6016 HIGHWAY 72 EAST, GURLEY, AL 35758

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
WILLIAM HEATH BROOKS

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 125 Holmes avenue, HUNTSVILLE, AL 35801

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of RHONDA M. SELTZER
pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 3:02:38 PM | /s/ DEBRA KIZER | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ WILLIAM HEATH BROOKS

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____
*(Address of Server)*

_____          _____
*(Type of Process Server)*          *(Server's Signature)*

_____          _____
*(Server's Printed Name)*          *(Phone Number of Server)*

DOCUMENT 3

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Mapco Express, Inc. #5210**
**6016 Highway 72 East**
**Gurley, Alabama 35758**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 2561 6306 1555 41

2. Article Number *(Transfer from service label)*

7016 1970 0000 4425 7153

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Sheila West*
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

*Sheila West*     5-16-17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No



FILED IN OFFICE

MAY 19 2017

DEBRA KIZER
Clerk, Circuit Court Madison Co., A

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING#

9590 9402 2563 6306 1555 41

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box*

# MADISON COUNTY CIRCUIT COURT
## CIVIL DIVISION
100 North Side Square
Huntsville, Alabama 35801

CV2017-900816



AlaFile E-Notice

47-CV-2017-900816.00

Judge: CHRIS COMER

To:  BROOKS WILLIAM HEATH
     Heath.Brooks@Law-Injury.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

RHONDA M. SELTZER V. MAPCO EXPRESS, INC. ET AL
47-CV-2017-900816.00

The following matter was served on 5/16/2017

**D002 MAPCO EXPRESS, INC. DBA MAPCO EXPRESS, INC #5210**

**Corresponding To**

CERTIFIED MAIL

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2017-900816.00

Judge: CHRIS COMER

To: TIMBERLAKE MICHAEL KENAN
timber@law-injury.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

RHONDA M. SELTZER V. MAPCO EXPRESS, INC. ET AL
47-CV-2017-900816.00

The following matter was served on 5/16/2017

**D002 MAPCO EXPRESS, INC. DBA MAPCO EXPRESS, INC #5210**

**Corresponding To**

CERTIFIED MAIL

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mapco Express, Inc.
c/o Richard Gill
444 S. Perry Street
Montgomery, Alabama 36104

9590 9402 2561 6306 1555 34



7016 1970 0000 4425 7160

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X R. Benavidez

☑ Agent
☐ Addressee

B. Received by (Printed Name)

R. Benavidez

C. Date of Delivery

17 May 17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

FILED IN OFFICE

MAY 19 2017

DEBRA KIZER
Clerk, Circuit Court Madison Co, AL

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



USPS TRACKING #

9590 9402 2561 6306 1555 34

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box*

# MADISON COUNTY CIRCUIT COURT
## CIVIL DIVISION
### 100 North Side Square
### Huntsville, Alabama 35801

CV2017-900816

1-40765



AlaFile E-Notice

47-CV-2017-900816.00

Judge: CHRIS COMER

To:   BROOKS WILLIAM HEATH
      Heath.Brooks@Law-Injury.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

RHONDA M. SELTZER V. MAPCO EXPRESS, INC. ET AL
47-CV-2017-900816.00

The following matter was served on 5/17/2017

**D001 MAPCO EXPRESS, INC.**

**Corresponding To**

CERTIFIED MAIL

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2017-900816.00

Judge: CHRIS COMER

To:  TIMBERLAKE MICHAEL KENAN
     timber@law-injury.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

RHONDA M. SELTZER V. MAPCO EXPRESS, INC. ET AL
47-CV-2017-900816.00

The following matter was served on 5/17/2017

**D001 MAPCO EXPRESS, INC.**

**Corresponding To**

CERTIFIED MAIL

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390